# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TROY RAY EMANUEL,<br><br>                                   Petitioner,<br>v.<br><br>DWIGHT NEVEN, et al.,<br><br>                                   Respondents. | Case No. 2:16-cv-01368-GMN-GWF<br><br>ORDER |

Good cause appearing, petitioner's unopposed motion to extend time (ECF No. 23) is GRANTED. Petitioner shall have to and including September 26, 2018, within which to file an amended petition for writ of habeas corpus in this case.

DATED THIS  25  day of   May   2018.

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1