UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| TROY RAY EMANUEL, | Case No. 2:16-cv-01368-GMN-GWF |
|---|---|
| Petitioner, | |
| v. | ORDER |
| DWIGHT NEVEN, et al., | |
| Respondents. | |

Good cause appearing, petitioner's unopposed motion to extend time (ECF No. 25) is GRANTED. Petitioner shall have to and including December 10, 2018, within which to file an amended petition for writ of habeas corpus in this case.

DATED THIS 27 day of September 2018.

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1