UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| TROY RAY EMANUEL, | Case No. 2:16-cv-01368-GMN-GWF |
|---|---|
| Petitioner, | |
| v. | ORDER |
| DWIGHT NEVEN, et al., | |
| Respondents. | |

Good cause appearing, petitioner's unopposed motion to extend time (ECF No. 27) is GRANTED. Petitioner shall have to and including February 8, 2019, within which to file an amended petition for writ of habeas corpus in this case.

DATED THIS 12 day of December 2018.

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE