# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TROY RAY EMANUEL,<br><br>　　　　　　　　Petitioner,<br>　v.<br>DWIGHT NEVEN, et al.,<br><br>　　　　　　　　Respondents. | Case No. 2:16-cv-01368-GMN-GWF<br><br>ORDER |

Respondents' second unopposed motion for enlargement of time (ECF No. 35) is GRANTED. Respondents will have until June 10, 2019, to file a response to the amended petition in this case.

DATED THIS __22__ day of __May__ 2019.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1