UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| TROY RAY EMANUEL, | Case No. 2:16-cv-01368-GMN-GWF |
|---|---|
| Petitioner, | |
| v. | ORDER |
| DWIGHT NEVEN, et al., | |
| Respondents. | |

Petitioner's motion for extension of time (ECF No. 38) is granted. Petitioner will have to and including August 23, 2019, to file an opposition to the motion to dismiss. However, further lengthy extensions of time are not likely to be granted.

DATED THIS 25 day of June 2019.

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE