UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TROY RAY EMANUEL,<br><br>　　　　Petitioner,<br><br>v.<br><br>DWIGHT NEVEN, et al.,<br><br>　　　　Respondents. | Case No. 2:16-CV-01368-GMN-EJY<br><br>**ORDER** |

Before the Court is Petitioner Troy Ray Emanuel's second request to extend time for filing an opposition to Respondent's Motion to Dismiss Petitioner's Complaint. ECF No. 42. Petitioner's counsel specifically seeks an extension of the due date for the opposition from August 23, 2019, to October 22, 2019. Petitioner attempted to reach opposing counsel before filing Petitioner's Motion.

IT IS HEREBY ORDERED that Petitioner's Motion to Extend Time (Second Request) is GRANTED; provided, however, that no further extensions will be granted.

DATED: August 26, 2019

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE