UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TROY RAY EMANUEL,<br><br>               Petitioner,<br>v.<br>DWIGHT NEVEN, et al.,<br><br>               Respondents. | Case No. 2:16-cv-01368-GMN-GWF<br><br>**ORDER** |

Upon preliminary review of the pending motion to dismiss and the state court record, pursuant to Rule 5 of the Rules Governing Section 2254 Cases, IT IS HEREBY ORDERED that:

1. Respondents shall file supplemental exhibits by March 16, 2020, including:

    a. An internal register of actions that lists all "left side filings," or an analogous docket record, for Petitioner Troy Ray Emanuel's criminal case in the Eighth Judicial District Court, Case No. C-12-283277-1.

    b. Each of Emanuel's *pro se* submissions in Case No. C-12-283277-1 that were categorized as left side filings, and any other related documents.[1]

    c. Transcripts of the hearings held on May 13, 2013; August 26, 2013; September 30, 2013; June 18, 2014; September 15, 2014; November 3, 2014; and December 3, 2014.

2. If Respondents are unable to file any supplement exhibit(s) described in this order, counsel for Respondents must file a declaration explaining why, or seek other appropriate relief.

DATED: February 25, 2020

                                                                  GLORIA M. NAVARRO
                                                                  UNITED STATES DISTRICT JUDGE

---

[1] In in accordance with LR IA 10-3 and LR IC 2-2, Respondents must not combine the *pro se* submissions or related documents into one exhibit but must file each as a separate attachment to the base document (*i.e.*, the index) to receive a sequenced sub-docket number (*e.g.*, Exhibit A (ECF No. 10-1), Exhibit B (ECF No. 10-2), Exhibit C (ECF No. 10-3), and so forth).