UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TROY RAY EMANUEL,<br><br>               Petitioner,<br>v.<br>DWIGHT NEVEN, et al.,<br><br>               Respondents. | Case No. 2:16-cv-01368-GMN-GWF<br><br>**ORDER** |

Good cause appearing, Petitioner Troy Ray Emanuel's unopposed first Motion for Extension of Time (ECF No. 54) is GRANTED. Petitioner has until May 27, 2020, to comply with the Court's March 25, 2020 Order (ECF No. 53).

DATED: April, 27, 2020

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE