1
2
3                    UNITED STATES DISTRICT COURT
4                          DISTRICT OF NEVADA
5                                * * *
6   TROY RAY EMANUEL,                    Case No. 2:16-cv-01368-GMN-GWF
7                         Petitioner,
8        v.                                          **ORDER**
    DWIGHT NEVEN, et al.,
9
                          Respondents.
10
11        This habeas matter is before the Court on Respondents' unopposed first Motion for
12  Enlargement of Time (ECF No. 57).
13        Given the age of this case, the Court previously directed "counsel for both parties to
14  prioritize the briefing in this case over later-filed matters." (ECF No. 45 ("**Further extensions of**
15  **time are not likely to be granted absent compelling circumstances and a strong showing of**
16  **good cause why the briefing could not be completed within the extended time allowed despite**
17  **the exercise of due diligence**.") (emphasis in original).)  Although mindful of the challenges
18  presented by the COVID-19 pandemic and resulting stay at home order, the Court reminds counsel
19  that its prior instruction and warning remain in effect.
20        **IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time
21  (ECF No. 57) is GRANTED.  Respondents have until June 17, 2020, to answer or otherwise
22  respond to Petitioner's Motion for Final Order and Certificate of Appealability (ECF No. 56).
23        DATED: June 9, 2020
24
25                                        _____
26                                        GLORIA M. NAVARRO
                                          UNITED STATES DISTRICT JUDGE
27
28

                                             1