# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TROY RAY EMANUEL, Jr., | Case No. 2:16-cv-01368-GMN-EJY |
| Petitioner, | |
| v. | **ORDER** |
| DWIGHT NEVEN, et al., | |
| Respondents. | |

Good cause appearing, IT IS HEREBY ORDERED that Respondents' Unopposed Motion for Enlargement of Time to File a Response to the First Amended Petition for Writ of Habeas Corpus (ECF No. 77) is GRANTED. Respondents have until December 16, 2022, to answer or otherwise respond to Petitioner's first amended petition.

DATED: October 18, 2022

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE