# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TROY RAY EMANUEL, Jr., <br><br> Petitioner, <br> v. <br><br> DWIGHT NEVEN, et al., <br><br> Respondents. | Case No. 2:16-cv-01368-GMN-EJY <br><br> **ORDER** |

Good cause appearing, IT IS HEREBY ORDERED that Respondents' unopposed motion for enlargement of time to file a response to the first amended petition for writ of habeas corpus (ECF No. 79) is GRANTED. Respondents have until January 30, 2023, to answer or otherwise respond to Petitioner's first amended petition.

DATED: December 19, 2022

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE