# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TROY RAY EMANUEL, Jr., | Case No. 2:16-cv-01368-GMN-EJY |
| Petitioner, | |
| v. | **ORDER** |
| DWIGHT NEVEN, et al., | |
| Respondents. | |

Good cause appearing, IT IS HEREBY ORDERED that Respondents' unopposed third Motion to Extend Time (ECF No. 81) is GRANTED. Respondents have until March 1, 2023, to file their response or otherwise respond to Petitioner's first amended petition.

DATED: February 10, 2023

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE