# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TROY RAY EMANUEL, Jr., | Case No. 2:16-cv-01368-GMN-EJY |
| Petitioner, | |
| v. | **ORDER** |
| DWIGHT NEVEN, et al., | |
| Respondents. | |

Good cause appearing, IT IS HEREBY ORDERED that Respondents' fourth Motion to Extend Time (ECF No. 83) is GRANTED.  Respondents have until March 15, 2023, to file their response or otherwise respond to Petitioner's first amended petition.

DATED: March 13, 2023

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1