# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TROY RAY EMANUEL, Jr., | Case No. 2:16-cv-01368-GMN-EJY |
| Petitioner, | |
| v. | **ORDER** |
| DWIGHT NEVEN, et al., | |
| Respondents. | |

Good cause appearing, IT IS HEREBY ORDERED that Petitioner's unopposed first Motion to Extend Time (ECF No. 88) is GRANTED. Petitioner has until July 17, 2023, to file his reply.

DATED: April 20, 2023

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE