# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TROY RAY EMANUEL, Jr.,<br><br>　　　　　　　　Petitioner,<br>　v.<br>DWIGHT NEVEN, et al.,<br><br>　　　　　　　　Respondents. | Case No. 2:16-cv-01368-GMN-EJY<br><br>**ORDER** |

Good cause appearing, IT IS HEREBY ORDERED that Petitioner's unopposed second Motion to Extend Time (ECF No. 90) is GRANTED. Petitioner has until September 15, 2023, to file his reply.

DATED: July 25, 2023

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　GLORIA M. NAVARRO
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE