# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TROY RAY EMANUEL, Jr., <br><br>   Petitioner, <br><br> v. <br><br> DWIGHT NEVEN, et al., <br><br>   Respondents. | Case No. 2:16-cv-01368-GMN-EJY <br><br> **ORDER** |

Good cause appearing, IT IS HEREBY ORDERED that Petitioner's unopposed third Motion to Extend Time (ECF No. 92) is GRANTED. Petitioner has until October 30, 2023, to file his reply.

DATED: Sept 22, 2023

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1