# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TROY RAY EMANUEL, Jr., <br><br> Petitioner, <br> v. <br> DWIGHT NEVEN, et al., <br><br> Respondents. | Case No. 2:16-cv-01368-GMN-EJY <br><br> **ORDER** |

Petitioner Troy Ray Emanuel, Jr., seeks an extension of time to file his reply in support of his petition for writ of habeas corpus. ECF No. 94. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Petitioner's motion.

It is therefore ordered that Petitioner's unopposed fourth motion for enlargement of time (ECF No. 94) is granted. Petitioner has until February 27, 2024, to file his reply.

DATED: October 24, 2023

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE