# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TROY RAY EMANUEL, Jr., | Case No. 2:16-cv-01368-GMN-EJY |
| Petitioner, | |
| v. | **ORDER** |
| DWIGHT NEVEN, et al., | |
| Respondents. | |

    Petitioner Troy Ray Emanuel, Jr., seeks an extension of time to file his Reply in support of his Petition for Writ of Habeas Corpus. ECF No. 96. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Petitioner's Motion.

    It is therefore ordered that Petitioner's unopposed fifth Motion for Enlargement of Time (ECF No. 96) is granted *nunc pro tunc*.

DATED: March 25, 2024

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE