# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TROY RAY EMANUEL, Jr., | Case No. 2:16-cv-01368-GMN-EJY |
| Petitioner, | |
| v. | **ORDER** |
| DWIGHT NEVEN, et al., | |
| Respondents. | |

This habeas matter is poised for merits review. Respondents, however, appear to have omitted from their filing of the state court record (1) Petitioner Troy Ray Emanuel's ("Appellant") Fast Track Appendix – Volume I submitted before the Nevada appellate court, (2) Appellant's Fast Track Appendix – Volume II, and (3) Respondent's Appendix submitted before the Nevada appellate court. *See* ECF Nos. 8, 52; *see also* Rules Governing Section 2254 Cases, Rule 7; *Nasby v. McDaniel*, 853 F.3d 1049, 1052-54 (9th Cir. 2017) (remanding to the district court with instructions to consider the entire state court record).

It is therefore ordered that Respondents have until **June 26, 2024**, to file, as supplemental exhibits, (1) Appellant's Fast Track Appendix – Volume I submitted before the Nevada appellate court, (2) Appellant's Fast Track Appendix – Volume II, and (3) Respondent's Appendix submitted before the Nevada appellate court.

DATED: June 18, 2024

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1