# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TROY RAY EMANUEL, Jr., | Case No. 2:16-cv-01368-GMN-EJY |
| Petitioner, | |
| v. | **ORDER** |
| JEREMY BEAN, et al., | |
| Respondents. | |

This Court previously granted in part Petitioner Troy Ray Emanuel, Jr.'s Amended Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (ECF No. 29) on the condition that the State of Nevada reinstate Emanuel's rights to perfect a state direct appeal. (ECF No. 101 at 22.)  On November 21, 2024, Respondents filed a Notice Regarding Satisfaction of Judgment ("Notice" (ECF No. 104)) requesting an order that the conditions of the writ are satisfied.

It is therefore ordered that Emanuel, Jr. must respond to Respondents' Notice within 14 days after entry of this Order.  Respondents will then have 7 days after service of Emanuel Jr.'s response to file a reply, if any.  If Emanuel, Jr. fails to respond within 14 days after entry of this Order, this Court will order the conditional writ satisfied and close this case.

DATED:  November 22, 2024

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE