# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TROY RAY EMANUEL, Jr., | Case No. 2:16-cv-01368-GMN-EJY |
| Petitioner, | |
| v. | **ORDER** |
| JEREMY BEAN, et al., | |
| Respondents. | |

Court previously granted in part Petitioner Troy Ray Emanuel, Jr.'s Amended Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (ECF No. 29) on the condition that the State of Nevada reinstate Emanuel's rights to perfect a state direct appeal. (ECF No. 101 at 22.)  On November 21, 2024, Respondents filed a Motion for Order for Judgment claiming the conditions of the writ are satisfied (ECF No. 104).  On November 22, 2024, the Court ordered Petitioner to respond within 14 days; otherwise, the Court would order the conditional writ satisfied and close this case. (ECF No. 106.)  The Petitioner filed no response and the time to do so expired.  The Court considers the writ satisfied and there is nothing further for the Court to do in this matter.

It is therefore ordered that this Order supersedes the Court's prior Order (ECF No. 106).

It is further ordered that the Respondents' Motion for Order for Judgment (ECF No. 104) is granted.

It is further ordered that the conditional writ of habeas corpus (ECF No. 101) is satisfied.

It is further ordered that the Clerk of Court is directed to close this case.

DATED:  January 23, 2025

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE